**Chapter 13 Plan Summary**

Debtor(s) Jerry L. Smelley  SS# ***-**-9711  Net Monthly Earnings 4767  Case No. _____
         Lisa Smelley        ***-**-6727  Number of Dependents 4
Full Address 4310 Carroll St. Northport, AL. 35475

I. **Plan Payments:**
( ) Debtor(s) propose to pay direct a total of $_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly into the plan; or
(X) Payroll deduction Order: To St. Bunn - POB 20109 Tusc. AL. 35402 for
$ 82 ☒ weekly ☐ biweekly ☐ semi-monthly ☐ monthly
Length of plan is approximately 60 months, and the total debt to be paid through the plan is approximately $ 20,600

II. From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code as follows:
A. PRIORITY claims (including administrative expenses and support) [See 11 U.S.C. 1322(a)(2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| Creditor | Type | Scheduled amount | Monthly payment |
|---|---|---|---|
| Ala. Dept. Revenue | 507(a) Inc. Tax | 2000 | 35 |
| Internal Rev. Svc. | 507(a) Inc. Tax | 2500 | 45 |

B. Total attorney fee (paid as a 503(b) administrative expense) $ 2,750 $ 265 (prepaid), balance of $ 2,485 paid
as follows: $ 780 upon confirmation and then $ 150 per month until remaining balance is paid.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. **Long Term Debts:**

| Name of Creditor | Total amount of debt | Amount of regular payment ☐ by Trustee ☒ by Debtor | Direct payments To begin: Year/Month | Arrears to Be paid by Trustee | Months Included in arrearage Amount | Proposed Interest rate on Arrearage | Proposed fixed payment on Arrearage |
|---|---|---|---|---|---|---|---|
| Wells Fargo | 208,296 | 2049 | Jan. 10 | 0 | 0 | None | None |

2. **Secured Debts (not long term debts) to be paid through Trustee:**

| Name of Creditor | Adequate Protection Payments | Total amount of Debt | Debtor's Value | Unsecured portion | Description of collateral | Proposed Interest rate | Proposed fixed payments | Fixed payments to begin |
|---|---|---|---|---|---|---|---|---|
| United Auto Credit | 0 | 1,800 | 2000 | 0 | 99' Ford F-150 | 5 | 35 | Post-confirmation |
| Internal Rev. Svc | Non-purchase money | 1,352 | 1352 | Listed in sched. | Tax Lien on Real & Personal property | 5 | 26 | " |
| Ala. Dept. Revenue | Non-purchase money | 7,878 | 7,878 | " | Tax Lien - Real & personal prop. | 5 | 150 | " |

III. **Other debts (not shown in 1 or 2 above) which Debtor(s) propose to pay direct:**

| Name of Creditor | Total amount of Debt | Amount of regular payments | Description of Collateral | Reason for Direct Payment |
|---|---|---|---|---|
| Chase Auto | 19,600 | 425/month | 06' Ford F-150 | Equiv. to plan pmt. |

IV. **Special Provisions:** Debtors value their Real and personal property in the net Amount of $9230 (After subtracting senior liens), and propose to pay the State of Alabama $7878 and the Internal Revenue Svc. $1352 as secured and balance of claims unsecured.

☒ This is an original plan.  ☐ This is an amended plan replacing plan dated_____.
☒ This plan proposes to pay unsecured creditors 1 %.
☐ Debtor assumes/rejects (circle one) lease and/or executory contract with_____
☒ Claims filed in excess of Debtor's estimates will be paid as filed (including appropriate fixed payment increases) unless objected to by Debtor.
☒ Allowed secured claims not provided in plan to receive 5 % interest by fixed payment over 59 months
☒ Other provisions: Adequate protection paid on undersecured, PMSI claims in personal property, filed prior to confirmation.

Attorney for Debtor Name/Address/Telephone# Dated: 1/7/10
Camron Law
2330 University Boulevard, Ste. 314
Tuscaloosa, AL 35405
Telephone # (205)349-2455

/s/ Jerry L. Smelley
Signature of Debtor  Jerry L. Smelley

/s/ Lisa Smelley
Signature of Debtor  Lisa Smelley