State of Alabama*
County of Tuscaloosa*

## Affidavit of Lisa Smelley

Before me, the undersigned Notary Public, in and for said county and state, personally appeared Lisa Smelley (Debtor), who is known to me, and after, by me being first duly sworn, and under oath, did depose and say as follows:

I am self-employed and do not receive paystubs. I have accurately reflected my average monthly income in my schedules.

Date: 1/7/10          /s/Lisa Smelley
                                   Lisa Smelley, Debtor

Sworn to and subscribed before Rod C. Shirley, the undersigned Notary Public, on the 7th day of January, 2010.

/s/ Rod C. Shirley
Notary Public

My commission expires: November 7, 2011

| Gross Pay | Federal WH | FICA & Medicare | State WH | Misc Deductions | Other Tax | Net Pay | CK Date & CK # | Reg Hours & Earnings | Ovt Hours & Earnings | Oth Hours & Earnings |
|---|---|---|---|---|---|---|---|---|---|---|
| **859 SHELLEY, JERRY L** | | | | | | | | | | |
| 1,028.00 | 61.13 | 78.03 | 30.54 | 369.50 | 0.00 | 480.80 | 11/13/09 00106222 | 40.00 480.00 | 30.00 540.00 | 0.00 0.00 |
| 930.00 | 47.63 | 71.15 | 26.71 | 323.93 | 0.00 | 460.58 | 11/20/09 00106423 | 40.00 480.00 | 25.00 450.00 | 0.00 0.00 |
| 876.00 | 39.53 | 67.01 | 24.42 | 284.46 | 0.00 | 460.58 | 11/25/09 00106624 | 40.00 480.00 | 22.00 396.00 | 0.00 0.00 |
| 750.00 | 20.63 | 57.38 | 19.06 | 192.35 | 0.00 | 460.58 | 12/04/09 00106824 | 40.00 480.00 | 15.00 270.00 | 0.00 0.00 |
| 660.00 | 10.33 | 50.49 | 15.08 | 123.52 | 0.00 | 460.58 | 12/11/09 00107024 | 40.00 480.00 | 10.00 180.00 | 0.00 0.00 |
| 696.00 | 13.93 | 53.24 | 16.70 | 151.55 | 0.00 | 460.58 | 12/18/09 00107220 | 40.00 480.00 | 12.00 216.00 | 0.00 0.00 |
| 100.00 | 0.00 | 7.65 | 2.75 | 0.00 | 0.00 | 89.60 | 12/18/09 00107870 | 0.00 0.00 | 0.00 0.00 | 0.00 100.00 |
| 480.00 | 0.00 | 36.72 | 6.60 | 114.50 | 0.00 | 322.18 | 12/23/09 00107869 | 40.00 480.00 | 0.00 0.00 | 0.00 0.00 |
| 660.00 | 10.33 | 50.49 | 15.08 | 123.52 | 0.00 | 460.58 | 12/31/09 00107805 | 40.00 480.00 | 10.00 180.00 | 0.00 0.00 |
| 660.00 | 10.33 | 50.49 | 15.08 | 123.52 | 0.00 | 460.58 | 01/08/10 00107995 | 40.00 480.00 | 10.00 180.00 | 0.00 0.00 |
| Total for | **859 SHELLEY, JERRY L** | | | | | | | | | |
| 6,832.00 | 213.84 | 522.65 | 172.02 | 1,806.85 | 0.00 | 4,116.64 | | 360.00 4,320.00 | 134.00 2,412.00 | 0.00 100.00 |
| | | | | | | | | | | |
| 6,832.00 | 213.84 | 522.65 | 172.02 | 1,806.85 | 0.00 | 4,116.64 Report Totals | | 360.00 4,320.00 | 134.00 2,412.00 | 0.00 100.00 |

6k0S

349-0004

S.T. BUNN CONSTRUCTION CO., INC. TUSCALOOSA, AL 35401                                107220

| SMELLEY, JERRY L. | | | | EMP NO 859 W/E DATE 12/12/09 | | |
| Earnings | Hours | T-PER | Y-T-D | Deductions | T-PER | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 480.00 | 23880.00 | FEDERAL WITHHO | 13.93 | 1124.39 |
| OVERTIME | 12.00 | 216.00 | 11412.00 | EMPLOYEE FICA | 43.15 | 2188.12 |
| | | | | EMPLOYEE MEDIC | 10.09 | 511.78 |
| | | | | AL SWT | 16.70 | 879.46 |
| | | | | HR HEALTH INS | 114.50 | 4740.50 |
| | | | | GARN% | 37.05 | 1147.27 |
| Totals | | 696.00 | 35292.00 | | | |

| Code | Rate | Hours | Code | Rate | Hours |
|---|---|---|---|---|---|
| R | 12.0000 | 40.00 | | | |
| O | 18.0000 | 12.00 | | | |

PAY PERIOD ENDING DATE - 12 DEC 2009        Net      460.58 Check No 00107220

---

S.T. BUNN CONSTRUCTION CO., INC. TUSCALOOSA, AL 35401                                107805

| SMELLEY, JERRY L. | | | | EMP NO 859 W/E DATE 12/26/09 | | |
| Earnings | Hours | T-PER | Y-T-D | Deductions | T-PER | Y-T-D |
|---|---|---|---|---|---|---|
| REGULAR | 40.00 | 480.00 | 24840.00 | FEDERAL WITHHO | 10.33 | 1134.72 |
| OVERTIME | 10.00 | 180.00 | 11592.00 | EMPLOYEE FICA | 40.92 | 2265.00 |
| BONUS | | 0.00 | 100.00 | EMPLOYEE MEDIC | 9.57 | 529.76 |
| | | | | AL SWT | 15.08 | 903.89 |
| | | | | HR HEALTH INS | 0.00 | 4855.00 |
| | | | | GARN% | 123.52 | 1270.79 |
| Totals | | 660.00 | 36532.00 | | | |

| Code | Rate | Hours | Code | Rate | Hours |
|---|---|---|---|---|---|
| R | 12.0000 | 40.00 | | | |
| O | 18.0000 | 10.00 | | | |

PAY PERIOD ENDING DATE - 26 DEC 2009        Net      460.58 Check No 00107805

