IN RE:                                                        CASE NO: 10-70057-CMS13

**JERRY L SMELLEY**                                          **CHAPTER 13**
**LISA SMELLEY**
          **DEBTORS.**

## OBJECTION TO CONFIRMATION OF DEBTORS' PLAN

Comes now C. David Cottingham, Standing Trustee and Objects to the Debtors' plan as proposed and moves that confirmation of the plan be denied for the reason shown below:

_____ The value, as of the effective date of the Plan, of property to be distributed under the Plan to each allowed unsecured claim is less than the amount that would be paid on such claims, if the estate of the Debtors were liquidated under Chapter 7 as provided in Section 1325(a)(4)

_____ The Plan fails to provide that all of the Debtors' projected disposable income to be received in the applicable commitment period following the due date of the first payment will be applied to make payments to unsecured creditors under the Plan as provided in Section 1325(b)(1)(B).

_____ The Plan is not proposed in good faith as provided in Section 1325(a)(3).

_____ The Debtors failed to provide a copy of the Federal Income Tax return to the Trustee as required by Section 521(e)(2)(A)(i).

_____ The proposed plan payment is not feasible pursuant to Section 1325(a)(6).

___XX___ The Plan as proposed cannot be Confirmed with the claims that are filed. Specifically Claim #006 filed by State of Alabama in the amount of $29,728.30, Claim # 007 filed by State of Alabama in the amount of $10,489.26, and Claim # 008 filed by Internal Revenue Service in the amount of $212,086.46. The Plan did not provide for the claims in the amounts filed.

_____ The Debtors have one or more potential lawsuits not provided for in the plan.

_____ The Debtors have failed to file all applicable Federal, State and local Tax returns as required by Section 1308.

This the 22nd day of February, 2010.                    /s/ C. David Cottingham
                                                        C. David Cottingham, Standing Trustee

**THIS MATTER WILL BE HEARD AT THE HEARING ON CONFIRMATION OF THE DEBTORS' PLAN**
**UNLESS OTHERWISE ORDERED BY THE COURT**

Certificate of Service

This is to certify that I have this day served a copy of the above Objection upon the following parties listed below by mailing a copy of the same with adequate postage thereon or by electronic means when available.

JERRY L and LISA SMELLEY, 4310 CARROLL STREET, NORHTPORT, AL 35475
CAMRON LAW, ROD CAMERON SHIRLEY , 2330 UNIVERSITY BLVD STE 314, TUSCALOOSA, AL 35401

This the 22nd day of February, 2010.                    /s/ C. David Cottingham
                                                        C. David Cottingham, Standing Trustee